# MEMORANDUM DECISIONS

ABRAMS, Appellant, v. ABRAMS, Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Amelia Abrams against Alexander Abrams. S. Selig, of New York City, for appellant. C. L. Hoffman, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

ADAMS, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by George W. Adams against Leander S. Sire. W. L. Stone, of New York City, for appellant. M. C. Katz, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADOLPHI v. INGLIMA. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Lillie Adolphi against Vincenzo Inglima. With this case has been consolidated in this court cases bearing titles as follows: Alfred Czereny v. National Fire Ins. Co. of Hartford (two cases); Leo F. Giblyn v. Wallace D. Taylor; Samuel Geiger v. Jacob Rapoport (two cases); John F. Hume v. Julius Mautner; Mabel F. Hume v. Same. No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 130 N. Y. Supp. 130.

AGRAMONTE, Respondent, v. NARGANES, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Maria C. Agramonte against Ricardo Narganes, as executor. C. G. Walter, of New York City, for appellant. B. D. Whedon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

A. J. HAGUE & CO., Respondents, v. SILVERBERG IMPORT CO., Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by A. J. Hague & Co. against the Silverberg Import Company. C. M. Lewis, of New York City, for appellant. L. M. Hall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ALLEN, Appellant, v. McDONELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Freeman G. Allen against Marion I. McDonell.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents, upon the ground of prejudicial error in the admission of evidence of what plaintiff received on sale of shares of stock nearly two years later, after he had made it more valuable by nearly two years of his own labor.

ANDERSON, Appellant, v. DODGE, Respondent. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Action by Adelaide M. Anderson against Walter L. Dodge. No opinion. Reargument ordered.

ANDERSON v. KNOBLOCH et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Alexander Anderson against Annie Knobloch and others, in which the New York Interurban Water Company appeals. No opinion. Interlocutory judgment affirmed, with costs. See, also, 150 App. Div. 834, 135 N. Y. Supp. 251. Motion for reargument denied, 140 N. Y. Supp. 1108.

ANDERSON v. KNOBLOCH et al. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Alexander Anderson against Annie Knobloch and others, impleaded with the New York Interurban Water Company. No opinion. Motion for reargument (of 140 N. Y. Supp. 1108) denied, with $10 costs.

APTHORP, Respondent, v. THURSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Richard Apthorp, as administrator, etc., against Alfred J. Thurston, as administrator, etc.

PER CURIAM. Order modified, so as to provide that as a condition of the amendment the plaintiff pay to defendant all costs of the action accruing subsequent to notice of trial, including the costs on the former appeal to this court, and, as so modified, affirmed, with $10 costs and disbursements of this appeal to appellant. See, also, 153 App. Div. 572, 936, 138 N. Y. Supp. 41, 1106.

ARRIGO, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1913.) Action by Thomas Arrigo against the Erie Railroad Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs, with a holding that no merits are shown in the motion papers, and that plaintiff's laches is not excused, with leave to renew at Special Term, if so advised.

ROBSON and LAMBERT, JJ., dissent, and vote for reversal unconditionally.